

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


LORA LANE,                                    Civ. No. 05-1497-AA

          Plaintiff,                                            ORDER

     v.

STATE OF OREGON DEPARTMENT OF
CORRECTIONS & PAUL WILSON,

          Defendants.
_____

AIKEN, Judge:

     Defendant State of Oregon Department of Corrections (the

State) moves to dismiss plaintiff's state law claims for lack of

subject matter jurisdiction and failure to state a claim.

Specifically, the State maintains that it is immune from suit in

federal court under the Eleventh Amendment. <u>See</u> <u>Raygor v. Regents</u>

<u>of Univ. of Minn.</u>, 534 U.S. 533, 540-542 (2002); <u>College Sav. Bank</u>

1 - ORDER

v. Florida Prepaid Postsecondary Educ. Expense Bd., 527 U.S. 666,

670 (1999); Pennhurst State School and Hosp. v. Halderman, 465 U.S.

89, 97-100 (1984).

Plaintiff concedes that the Eleventh Amendment bars her state law claims. Accordingly, the State's Motion to Dismiss in Part (doc. 9) is GRANTED, and plaintiff's second, third and fourth claims for relief are HEREBY DISMISSED.

IT IS SO ORDERED.

Dated this 13 day of January, 2006.


_____
Ann Aiken
United States District Judge